■ In the Matter of RUSTAM GUIV FOUNDATION, Appellant, v DARBE MEHR ZOROASTRIAN TEMPLE et al., Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Westchester County (Lange, J.), entered June 16, 1988.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lange at the Supreme Court. Kunzeman, J. P., Kooper, Sullivan and Harwood, JJ., concur.